# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0626

VERSUS

MESHELL A. HALE                                       **OCTOBER 14, 2020**

---

In Re:    Meshell A. Hale, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 06-18-0117.

---

**BEFORE:    HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

   **WRIT DENIED.**

                              MRT
                              EW

   **Higginbotham, J.**, would not consider the writ application,
as relator failed to comply with the affidavit requirement of
the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(A).

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT